UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REINEL VALDIVIA CARRAZCO,

     Petitioner,

    v.                          Case No.:  2:26-cv-01268-SPC-DNF

GLADES COUNTY DETENTION
CENTER,

     Respondent,

_____/

## OPINION AND ORDER

Before the Court is Reinel Valdivia Carrazco's Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 3). Valdivia Carrazco states an immigration court ordered his removal from the United States on March 24, 2026, he asserts his immigration detention is unlawful, and he asks for release so he can prepare and present his immigration case and seek treatment for a medical condition.  But the petition does not state *why* Valdivia Carrazco's detention is unlawful.

The Immigration and Nationality Act requires detention during the 90-day period immediately following a removal order.  *See* 8 U.S.C. § 1231(a)(2). So based on the facts alleged in the petition, detention appears lawful. Valdivia's claim regarding medical care does not warrant habeas relief either. A "§ 2241 petition is not the appropriate vehicle for raising an inadequate

medical care claim, as such a claim challenges the conditions of confinement, not the fact or duration of that confinement." *Vaz v. Skinner*, 634 F. App'x 778, 781 (11th Cir. 2015).

The Court finds that Valdivia Carrazco is not entitled to habeas relief on any ground in his petition. Accordingly, the amended petition (Doc. 3) is **DISMISSED without prejudice**. Valdivia Carrazco may file a second amended petition within **21 days** of this order. Otherwise, the Court will enter judgment and close this case without further notice.

**DONE AND ORDERED** in Fort Myers, Florida on April 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record